IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, <br>         Petitioner, <br>   v. <br><br> CONNIE GIPSON, <br><br>         Respondent. | No. C 12-4401 LHK (PR) <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION <br><br> (Docket No. 9) |

    Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed a letter in which he requests an extension of time to file his in forma pauperis application ("IFP") in this case. Petitioner's motion for extension of time to file his IFP application is **GRANTED**. Petitioner shall file his IFP application within thirty (30) days from the date this order is filed.

    IT IS SO ORDERED.

DATED: 10/19/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Request for Extension of Time to File in Forma Pauperis Application
G:\PRO-SE\SJ.LHK\HC.12\Shepared401eot-ifp.wpd