1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| LAMONT SHEPARD, | ) | No. C 12-4401 LHK (PR) |
|---|---|---|
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| CONNIE GIPSON, Warden, | ) | |
| Respondent. | ) | |

17

18

19

20

The Court has granted Respondent's motion to dismiss.  Therefore, judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of his petition.  The Clerk shall close the file.

IT IS SO ORDERED.

21

22

DATED: _____5/11/13_____

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

23

24

25

26

27

28

Judgment
G:\PRO-SE\SJ.LHK\HC.12\Shepard401jud.wpd